IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Johnathan Phillip Shuler, | ) | C/A No.: 1:23-509-JD-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Major Clark Ard; Head Nurse Abigail Porter; Georgetown County Detention Center, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Johnathan Phillip Shuler ("Plaintiff"), proceeding pro se, filed this action on February 6, 2022. [ECF No. 1]. On January 16, 2024, Clark Ard ("Ard") and Georgetown County Detention Center ("GCDC") filed a motion to dismiss, and on January 18, 2023, Abigail Porter ("Porter") filed a motion to dismiss. [ECF Nos. 18, 23]. As Plaintiff is proceeding pro se, the court entered orders pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motions and of the need for him to file adequate responses by February 20, 2024. [ECF No. 20, 25]. Plaintiff was specifically advised that if he failed to respond adequately, the motions may be granted. *Id.*

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* orders, Plaintiff has failed to respond to the motions to dismiss. As such, it appears to the court that he does not oppose the motions

and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file responses to the motions to dismiss by March 11, 2024. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

February 26, 2024                          Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge